UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No.: 08cr988 BTM |
| ) | |
| Plaintiff, ) | **ORDER GRANTING IN PART AND** |
| ) | **DENYING IN PART MOTION (DOC** |
| v. ) | **335)** |
| ) | |
| JOSE CARLOS CHASE ) | |
| ) | |
| Defendant. ) | |

Defendant Jose Carlos Chase has moved the Court to require the Clerk to certify and authenticate the file in this case. Given the attachment to the motion which indicates a dispute as to how to calculate his sentencing credits, it appears that the defendant seeks a certified copy of the judgment of conviction (Doc. 294). The Clerk shall provide a certified copy of the judgment of conviction to the defendant.

His motion for certified documents is GRANTED as to Doc. 294, but otherwise DENIED.

The Defendant also seeks relief contending that the Bureau of Prisons has not credited him with pre-conviction detention in state court. This claim goes to the execution of the sentence and must be raised in the district where the defendant is confined – the Central District of California – pursuant to a petition for a writ of habeas corpus under 28 U.S.C. 2241. <u>Brown v. United States</u>, 610 F.2d 672, 677 (9th Cir. 1980); <u>McRae v. Rios</u>, 2013 WL 1758770, at *2 (E.D. Cal. Apr 24, 2013); <u>Hawkins v. Winn</u>, 2013 WL 6800913, at *2 (D. Ariz. Dec. 23, 2013). Therefore, the request for relief is denied without prejudice.

GRANTED IN PART AND DENIED IN PART

IT IS SO ORDERED.

Dated: <u>May 29, 2014</u>     _____
BARRY TED MOSKOWITZ, Chief Judge
United States District Court